# PENALTY PAGE

**CASE STYLE:** UNITED STATES v. JOSEPH NGUI MWAU NDOLO

**DEFENDANT:** JOSEPH NGUI MWAU NDOLO (ALL COUNTS)

**USAO NUMBER:** 09R00118

**AUSA:** GREGORY A. BORDENKIRCHER

**SAUSA:** SINAN KALAYOGLU

**CODE VIOLATIONS:**

Counts 1-3: 21 U.S.C. § 841(a)(1) – Manufacturing, Distributing, Dispensing or Possessing With Intent to Manufacture, Distribute or Dispense Controlled Substances

**PENALTIES:**

Counts 1-3: 20 yrs / $1,000,000 / 3 yrs SRT / $100 SA

**Forfeiture Notice:** Forfeiture of property