### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| v. | *   CRIMINAL NO. 14-CR-00075-WS |
| | * |
| **JOSEPH NGUI MWAU NDOLO** | * |

### UNOPPOSED MOTION TO CONTINUE SENTENCING

COMES NOW the United States of America, by and through, Kenyen R. Brown, United States of America, Southern Division, and the undersigned, Assistant United States Attorney, and requests the Court continue the sentencing of the defendants in the above referenced case. As grounds therefore, states the following:

1. Sentencing for the defendants are presently set for August 22, 2014.

2. The defendant has entered into a plea agreement with the United States and is presently providing or attempting to provide substantial cooperation to the United States and his cooperation is not completed at this time. A continuance of the sentencing hearing will allow the defendant the opportunity to complete his cooperation before sentencing.

3. The defense counsel concurs with this motion.

WHEREFORE, the United States moves the Court to continue the sentencing of defendant for sixty (60) days, which should allow any cooperation and assistance to be completed by the defendant.

Respectfully submitted this 24th day of July 2014.

Respectfully submitted,

KENYEN R. BROWN
UNITED STATES ATTORNEY

*/s/ Gregory A. Bordenkircher*
Gregory A. Bordenkircher BORDG3301
Assistant United States Attorney
63 South Royal Street, Suite 600
Mobile, Alabama 36602
Telephone: (251) 441-584

## CERTIFICATION OF SERVICE

      I certify that on July 24, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for defendant.

/s/ *Gregory A. Bordenkircher*
Gregory A. Bordenkircher