IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
| * | **CRIMINAL NO. 14-00075-WS** |
| **v.** * | |
| * | |
| **JOSEPH NDOLO** * | |

## MOTION FOR A DOWNWARD DEPARTURE
## PURSUANT TO SECTION 5K1.1

The United States of America, by and through the United States Attorney for the Southern District of Alabama moves this Court to depart downward from the low end of the sentencing guideline range for the defendant JOSEPH NDOLO, pursuant to U.S.S.G., Section 5K1.1, and in support thereof states:

1. JOSEPH NDOLO's cooperation and statements substantially assisted the United States.

2. As such, the United States recommends a downward departure of fifty four (54) months from the low end of the guidelines as calculated for this defendant.

WHEREFORE, the United States respectfully moves, in return for the substantial assistance rendered to the United States, that this Court depart downward an appropriate amount from the defendant's guideline range when sentencing this defendant.

Respectfully submitted,

KENYEN R. BROWN
UNITED STATES ATTORNEY
by:
*s/ Gregory A. Bordenkircher*
Gregory A. Bordenkircher BORDG3301
Assistant United States Attorney
63 South Royal Street, Suite 600

Mobile, Alabama 36602  
Telephone: (251) 441-5845  
Fax: (251) 441-5277

## CERTIFICATION OF SERVICE

I certify that on   October 16, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for the defendant.

*s/ Gregory A. Bordenkircher*  
Gregory A. Bordenkircher
